Order entered April 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01156-CR

**MICHELLE BARRIGA-HERMOSILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-82368-10**

## ORDER

Before the Court is appellant Michelle Barriga-Hermosillo's April 24, 2013 motion for extension of time to file a motion for rehearing. The Court **GRANTS** the motion and **ORDERS** appellant to file her motion for rehearing with the Court no later than 5:00 p.m., Monday, April 29, 2013.

/s/   MARY MURPHY
JUSTICE